Josef Kroul
9663 Santa Monica Boulevard 1129
Beverly Hills CA 90210
310-6914760

Defendant pro se

FILED
CLERK, U.S. DISTRICT COURT

SEP 25 2017

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CV17-7065- mwf (Ex)

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR WAMU 2005-AR11 | **NOTICE OF REMOVAL OF ACTION UNDER 28USC §§ 1441 AND 1446 FEDERAL QUESTION** |
| Plaintiff. | Case No.: **16U08532** |
| vs. | |
| RADKA KROUL. PETER DRAKSLER; ~~JAMES BARTLESON;~~ AND DOES 1⁄6 +a inclusive | |
| Defendant(s) | |

TO THE COURT. The Plaintiff, Deutsche Bank National Trust Company as Trustee

for Wamu 2005-AR11, Plaintiff's attorneys of record and all other interested parties;

PLEASE TAKE NOTICE that Defendant, Josef Kroul, pursuant to 28 U.S.C. §§ 1441

and 1446, hereby files this Notice of Removal from the Superior Court of California County of

Los Angeles to the United States District Court for the Central District of California on the

following grounds:.

Plaintiff brought an unlawful detainer action against this Defendant in violation of

California Code of Civil Procedure 1161(b) by which the California Superior Court for the

NOTICE OF REMOVAL AND REMOVAL R - 1

County of Los Angeles subsequently conducted proceedings on February 3, 2017 following following the filing of a notice of removal on February 2, 2017 whereby said Court was without jurisdiction to do so and entered a judgment against him in violation of 28 U.S.C. § 1446(d) and his right to due process, a federal issue.

WHEREFORE, This defendant hereby removes the above captioned action from the state of California Superior Court, County of Los Angeles to the United States District Court for the Central District of California and requests that further proceedings be conducted in said Court as provided by law.

As is required by 28 U.S.C. § 1446(a) and Local Rule, copies of all process, pleading, orders, and other papers or exhibits filed in the State Court are attached hereto as Exhibit 1.

As is further required by 28 U.S.C. § 1446(d), written notice of the removal of this action will be promptly served to Plaintiffs' and the Clerk of the State Court

Respectfully Submitted, this 25th day of September, 2017

Josef Kroul, Pro Se

1   Randall D. Naiman, Esq. - State Bar No. 81048
    NAIMAN LAW GROUP,
2   Professional Corporation
    4660 La Jolla Village Drive, Suite 850
3   San Diego, California 92122
    (858) 224-6800 (telephone)
4   (858) 224-6801 (facsimile)

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JUL 28 2016

5   Attorney for Plaintiff, **DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE**
6   **FOR WAMU 2005-AR11**

7

8               SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

9                           STANLEY MOSK COURTHOUSE

10                                                          16U08532

11  DEUTSCHE BANK NATIONAL TRUST                )   Case No.:
12  COMPANY AS TRUSTEE FOR WAMU                 )
    2005-AR11                                   )   **LIMITED CIVIL CASE**
13                    Plaintiff,                )
                                                )   **COMPLAINT FOR UNLAWFUL**
14                                              )   **DETAINER**
    vs.                                         )
15                                              )   **AMOUNT DEMANDED DOES NOT**
                                                )   **EXCEED $10,000.00**
16  RADKA KROUL; PETER DRAXLER; and             )
    DOES 1 to 6, inclusive                      )   **Action based on Code of Civil**
17                                              )   **Procedure Section 1161a**
                                                )
18                    Defendants.               )   **Foreclosure**
                                                )
19

20        Plaintiff alleges:

21        1.     This court is the proper court for the trial of this action because:

22        a.     Each Defendant resides and/or conducts business in the area served by this

23  Court;

24        b.     The real property which is the subject of this action 901 Isabel Street, Los

25  Angeles, CA 90065 (hereinafter "the Property"), is located in the area served by this

26  Court; and

27        c.     The amount of damages claimed in this action does not exceed $10,000.00.

28        2.     Plaintiff is informed and believes and upon such information and belief

    alleges that Defendant(s) Radka Kroul and Peter Draxler (hereinafter "Defendant(s)") at

                                             1

                              Complaint – Unlawful Detainer

1    all times herein mentioned is/are currently resident(s) of the County of Los Angeles, State

2    of California, and reside within the jurisdictional boundaries of this Court.

3        3.    The true names and capacities of Does 1 through 6, inclusive, are presently

4    unknown to Plaintiff, who therefore sues such Defendant(s) under such fictitious names

5    pursuant to Section 474 of the Code of Civil Procedure.  Plaintiff is informed and believes,

6    and on such information and belief, alleges that each such "Doe" Defendant is in

7    possession of the Property, without the permission or consent of Plaintiff, and Plaintiff will

8    amend this complaint to state the true names and capacities of said Defendant(s) when

9    the same have been ascertained.

10       4.    Plaintiff is the owner of and entitled to immediate possession of the

11   Property.  Defendant(s), and each of them, are and remain in possession of the Property.

12       5.    On or about May 9, 2011, the Property was sold to Plaintiff at a trustee's

13   sale following foreclosure proceedings.  Said foreclosure and all notices preceding said

14   foreclosure were done in compliance with Section 2924 et. seq. of the California Civil

15   Code, under power of sale contained in a deed of trust executed by Radka Kroul, a

16   married woman as her sole and separate property, and title under the sale was duly

17   perfected in Plaintiff by the recording of a Trustee's Deed Upon Sale in the Official

18   Records, County of Los Angeles.  A true and correct copy of the Trustee's Deed Upon

19   Sale is attached to this complaint as Exhibit "A" and incorporated herein by this reference.

20       6.    On July 19, 2016, Defendant(s), and each of them, were served with a

21   three-day written notice to quit and deliver up possession of the Property to Plaintiff

22   ("Notice").  The Notice was served in accordance with Code of Civil Procedure section

23   1162.  True and correct copies of the Notice and Proof(s) of Service thereof are attached

24   to this complaint collectively as Exhibit "B" and incorporated herein by this reference.

25       7.    More than three (3) days have elapsed since the service of the Notice, but

26   Defendant(s) have failed and refused to deliver up possession of the Property.

27       8.    Defendant(s) continue in possession of the Property without Plaintiff's

28   permission or consent.

2

Complaint – Unlawful Detainer

9.      Defendant(s) hold(s) over and continue(s) in possession of the Property willfully, intentionally and deliberately without permission or consent of Plaintiff, and Plaintiff is entitled to immediate possession of the Property.

10.     The reasonable value of the use and occupancy of the Property is at least $50.00 per day, and damages to Plaintiff caused by Defendant(s)' unlawful detention thereof has accrued at said rate since July 25, 2016, and will continue to accrue at said rate so long as Defendant(s) remain in possession of the property.

WHEREFORE, Plaintiff prays judgment against Defendant(s) as follows:

1.      For restitution and possession of the Property;

2.      For damages in the amount of at least $50.00 per day from July 25, 2016, through the date of entry of judgment;

3.      For costs of suit herein; and,

4.      For such other and further relief as the court may deem just and proper.

Dated: July 25, 2016

NAIMAN LAW GROUP,
Professional Corporation,

By:   _____

Randall D. Naiman, Esq.
Attorney for Plaintiff, **DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR WAMU 2005-AR11**

3

Complaint – Unlawful Detainer

1    VERIFICATION

2         I, the undersigned, say:

3         That I am the attorney for Plaintiff in this action. The Plaintiff is absent from the

4    County of San Diego, California, where I have my office in that Plaintiff's headquarters are

5    not located in this county, or the Plaintiff is otherwise unable to verify this pleading as of

6    the date set forth hereinbelow, and I make this verification for and on behalf of the party

7    for that reason. I have read the foregoing complaint for unlawful detainer and know its

8    contents.  I am informed and believe, and on that ground, allege that the matters stated in

9    it are true.

10        I declare under penalty of perjury that the foregoing is true and correct.

11        Executed on July 25, 2016, at San Diego, California.

12

13                        **NAIMAN LAW GROUP**
                          **Professional Corporation**
14

15        By:    _____
16               Randall D. Naiman, Esq.
                 Attorney for Plaintiff, **DEUTSCHE BANK**
17               **NATIONAL TRUST COMPANY AS TRUSTEE**
                 **FOR WAMU 2005-AR11**
18

19

20

21

22

23

24

25

26

27

28



**This page is part of your document - DO NOT DISCARD**

## 20110686909



Pages:
0003

**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

**05/16/11 AT 08:00AM**

| | |
|---|---|
| FEES: | 18.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 18.00 |



**LEADSHEET**



201105160150007

00004153021



003305965

**SEQ:
29**

**DAR - Title Company (Hard Copy)**



**THIS FORM IS NOT TO BE DUPLICATED**

T79

EXHIBIT A

Recording Requeste __y
ServiceLink

WHEN RECORDED MAIL TO

California Reconveyance Company
PO Box 6200
Northridge, CA 91328-6200

MAIL TAX STATEMENTS TO

JPMorgan Chase Bank
7255 Baymeadows Way
Jacksonville, FL 32256
Mail Stop: JAXB2007



Space above this line for recorder's use only

Trustee Sale No 242081CA   Loan No 0689956878   Title Order No 409762

# TRUSTEE'S DEED UPON SALE

APN 5452-002-001   T.R.A. No.
The undersigned grantor declares:
1)    The Grantee herein <u>was</u> the foreclosing beneficiary.
2)    The amount of the unpaid debt together with costs was ..................$1,238,301.04
3)    The amount paid by the grantee at the trustee sale was.. .. .. ......$497,724.00
4)    The documentary transfer tax is ...................................... .. .. ..... ...$0
5)    Said property is in LOS ANGELES
and CALIFORNIA RECONVEYANCE COMPANY (herein called Trustee), as the duly appointed
Trustee or substituted Trustee under the Deed of Trust hereinafter described, does hereby grant and
convey, but without covenant or warranty, express or implied, to Deutsche Bank National Trust
Company as trustee for  WAMU 2005-AR11 (herein called Grantee), all of its right, title and interest
in and to that certain property situated in the County of LOS ANGELES, State of California, described
as follows: PARCEL 1:
LOTS 4, 5 AND 6 OF TRACT NO. 2952, IN THE CITY OF LOS ANGELES, COUNTY OF LOS
ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 36, PAGE 51, OF
MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.
PARCEL 2:
LOT 186 OF GRANDVIEW TERRACE, IN THE CITY OF LOS ANGELES, COUNTY OF LOS
ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 7, PAGE 18, OF MAPS,
IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

**Situs:** 901 ISABEL STREET, , LOS ANGELES, CA 90065
RECITALS:
This conveyance is made pursuant to the powers conferred upon Trustee by that certain Deed of
Trust dated 04-15-2005 and executed by RADKA KROUL, A MARRIED WOMAN AS HER SOLE
AND SEPARATE PROPERTY, as Trustor, and Recorded 04-29-2005, Book , Page , Instrument 05
1001174 of official records of LOS ANGELES County, California, and after fulfillment of the
conditions specified in said Deed of Trust authorizing this conveyance.

Default occurred as set forth in a Notice of Default and Election to Sell which was recorded in the
Office of the Recorder of said County, and such default still existed at the time of sale.

*3*

Trustee Sale No.: 242081CA Loan No.: 0689956878 Title Order No : 409762

All requirements of law regarding the mailing of copies of notices or the publication of a copy of the Notice of Default or the personal delivery of the copy of the Notice of Default and the posting and publication of copies of the Notice of a Sale have been complied with.

Trustee, in compliance with said Notice of Trustee's Sale and in exercise of its powers under said Deed of Trust, sold the herein described property at public auction on 05-09-2011. Grantee, being the highest bidder at said sale, became the purchaser of said property for the amount bid being $497,724.00 in lawful money of the United States, or by credit bid if the Grantee was the beneficiary of said Deed of Trust at the time of said Trustee's Sale.

DATE: May 11, 2011

CALIFORNIA RECONVEYANCE COMPANY, as Trustee

Karime Arias, Assistant Secretary

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

On May 11, 2011, before me, ZELMA THORPES, "Notary Public", personally appeared <u>KARIME ARIAS</u>, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Zelma Thorpes_          (Seal)

ZELMA THORPES
Commission # 1784854
Notary Public — California
Los Angeles County
My Comm. Expires Dec 13, 2011

# NOTICE TO VACATE

TO:          Radka Kroul; Peter Draxler; and all tenants, subtenants, and others in possession

ADDRESS:   901 ISABEL STREET, LOS ANGELES, CA 90065

The above-referenced real property ("Property") was sold at a foreclosure sale. The new owner seeks to recover possession of the Property in good faith to market and sell the Property.

Within **three (3) days** after service of this notice, you are hereby required to vacate and deliver possession of the Property to the undersigned unless you are a residential tenant or subtenant.

If you are a residential tenant or subtenant, then you must vacate the Property within **ninety (90) days** after service of this notice _unless_ you are holding possession of the Property under a fixed term lease entered into before transfer of title at the foreclosure sale in which case you must vacate the Property at the end of the lease term, or ninety (90) days after service of this notice, whichever occurs later.

To be considered a fixed term lease, _all_ of the following conditions must exist: (1) you are not the mortgagor or the child, spouse, or parent of the mortgagor; (2) your lease was the result of an arms' length transaction; (3) the lease requires the receipt of rent that is not substantially less than fair market rent for the Property, except when the rent is reduced or subsidized due to a federal, state or local subsidy or law; and (4) no party to the promissory note remains in the Property as a tenant, subtenant or occupant.

If you claim to be a tenant or subtenant, within three days after service of this notice, please notify the undersigned in writing of your tenancy and provide the undersigned with the following information: (a) a copy of your lease or rental agreement, or if you do not have a written lease or rental agreement, please provide a written explanation of the terms of the agreement under which you occupy the Property, including without limitation, the date you entered into the agreement, the names of all parties who entered into the agreement, the term of the agreement, the amount of monthly rent, the utilities paid by the landlord (if any), the amount of your security deposit (if any), and whether you receive assistance under the U.S. Department of Housing and Urban Development's (HUD) Section 8 Housing Program; (b) proof of your last rental payment and any security deposit; (c) a list of any conditions at the Property that require repair; and (d) whether you are the child, spouse, or parent of the mortgagor.

If you are a residential tenant who rented the Property before the foreclosure sale, you have a right to request that the new owner or its authorized agent make an initial inspection of the Property to determine its condition before you vacate, and you have the right to be present during the inspection. The purpose of the inspection is to allow you an opportunity to remedy identified deficiencies or damage to the Property, if any, caused by you. If you wish to have such an inspection, please contact the undersigned as soon as possible. If you request an inspection, you will be given 48 hours advance notice of the inspection, but you may waive in writing the required 48 hours' notice and have the inspection done sooner.

If you are a tenant who rented the Property before the foreclosure sale, you are notified of the following: State law permits former tenants to reclaim abandoned personal property left at the

former address of the tenant, subject to certain conditions. You may or may not be able to reclaim personal property without incurring additional costs, depending on the cost of storing the personal property and the length of time before it is reclaimed. In general, these costs will be lower the sooner you contact the owner of the Property after being notified that personal property belonging to you was left behind after you moved out.

This notice constitutes a notice to quit pursuant to California Code of Civil Procedure sections 1161a and 1161b and a notice of termination of tenancy/non-renewal of lease as to any tenancies that survived the foreclosure sale.

## **IMPORTANT NOTICE FOR SERVICEMEMBERS AND THEIR DEPENDENTS**

If you are or recently were on active duty or active service, you may be eligible for benefits and protections under the federal Servicemembers Civil Relief Act (SCRA). This includes protection from foreclosure or eviction. You also may be eligible for benefits and protections under state law. SCRA and state military benefits and protections also may be available if you are the dependent of an eligible servicemember.

Eligible service may include:

- Active duty with the Army, Navy, Air Force, Marine Corps, or Coast Guard

- Active service with the National Guard under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days for purposes of responding to a national emergency declared by the President and supported by Federal funds

- Active service as a commissioned officer of the National Oceanic and Atmospheric Administration

- Active service as a commissioned officer of the Public Health Service

- Service with the forces of a nation with which the United States is allied in a war or military action

- Service by a citizen of the United States with the National Guard or a state militia under a state call to duty; or

- Any period when you are absent from duty because of sickness, wounds, leave, or other lawful cause.

For more information on SCRA, please contact the undersigned at (858) 224-6800.

NAIMAN LAW GROUP,
Professional Corporation

DATED: July 18, 2016

By: Randall D. Naiman, Esq.
Attorneys for the new owner: Deutsche
Bank National Trust Company as Trustee
for WaMu 2005-AR11
4660 La Jolla Village Drive, Suite 850
San Diego, CA 92122
Telephone: (858) 224-6800
Facsimile: (858) 224-6801

**CALIFORNIA PENAL CODE SECTION 594** reads as follows: "Every person who maliciously injures or destroys any real or personal property not his/her own, in cases otherwise than such as are specified in this Code, is guilty of a misdemeanor."

| Attorney of Party Without Attorney (Name and Address) | | Telephone No: | FOR COURT USE ONLY |
|---|---|---|---|
| Randall D. Naiman, Esq. - (SBN 81048)<br>4660 La Jolla Village Drive, Suite 850<br>San Diego                    CA            92122<br>Attorney For: PLAINTIFF | | (858)224-6800<br><br>Reference Number:<br>3694381                    63799 | |

| Plaintiff/Petitioner: | Deutsche Bank National Trust Company as Trustee for WAMU 2005-AR11 | | | |
|---|---|---|---|---|
| Defendant/Respondent: | Radka Kroul, et al. | | | |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept./Div.: | Case Number:<br>NOTICE |
|---|---|---|---|---|

I, the undersigned declare that at the time of the service of the papers herein referred to, I was at least EIGHTEEN (18) years of age, and that I served the following notice:

Notice to Vacate and Coversheet

On the following occupant(s): Radka Kroul

Address: 901 Isabel Street
         Los Angeles, CA 90065

Date and Time of Service: 7/19/2016 at 2:15pm

BY LEAVING a copy for each above-named occupant with:

Person Served:    John Doe, Refused Name,
Description:      Wht Male 58+ 5'7 165 Blk Hair
Title:           Co-Occupant

a person of suitable age and discretion at the residence or usual place of business of the occupant(s),said occupant(s) being absent thereof, AND MAILING by first-class mail on said date a copy to each occupant by depositing said copies in the U.S. Mail in a sealed envelope with postage fully prepaid,addressed to the above-named occupant(s) at the place where the property is situated.

7. Person Serving  (name, address, and telephone No.):

# Attorney Service of San Dimas
### 142 East Bonita Avenue, #51
### San Dimas, CA 91773
### (909)394-1202 Fax (909)394-1204

Fee for service: $   $45.00

E Ratliff

Registered California Process Server:
(i) Independent Contractor
(ii) Registration No.:  2014334055 CCPS
(iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 7/22/2016

_____
(Signature)

Judicial Council form POS-010         **Proof of Service**         Code Civil Procedure 417.10(f)

| Attorney of Party Without Attorney (Name and Address)<br>Randall D. Naiman, Esq. - (SBN 81048)<br>4660 La Jolla Village Drive, Suite 850<br>San Diego      CA      92122<br>Attorney For: PLAINTIFF | Telephone No:<br>(858)224-6800<br>Reference Number:<br>3694382      63799 | FOR COURT USE ONLY |
|---|---|---|

| Plaintiff/Petitioner:    Deutsche Bank National Trust Company as Trustee for WAMU 2005-AR11 |
|---|
| Defendant/Respondent:    Radka Kroul, et al. |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept./Div.: | Case Number:<br>NOTICE |
|---|---|---|---|---|

I, the undersigned declare that at the time of the service of the papers herein referred to, I was at least EIGHTEEN (18) years of age, and that I served the following notice:

Notice to Vacate and Coversheet

On the following occupant(s): Peter Draxler

Address: 901 Isabel Street
         Los Angeles, CA 90065

Date and Time of Service: 7/19/2016 at 2:15pm

BY LEAVING a copy for each above-named occupant with:

Person Served:    John Doe, Refused Name,
Description:       Wht Male 58+ 5'7 165 Blk Hair
Title:            Co-Occupant

a person of suitable age and discretion at the residence or usual place of business of the occupant(s),said occupant(s) being absent thereof, AND MAILING by first-class mail on said date a copy to each occupant by depositing said copies in the U.S. Mail in a sealed envelope with postage fully prepaid,addressed to the above-named occupant(s) at the place where the property is situated.

7. Person Serving (name, address, and telephone No.):

# Attorney Service of San Dimas
### 142 East Bonita Avenue, #51
### San Dimas, CA 91773
(909)394-1202 Fax (909)394-1204

Fee for service: $    $0.00

E Ratliff

Registered California Process Server:

(i) Independent Contractor

(ii) Registration No.:    2014334055 CCPS

(iii) County:    Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 7/22/2016

_____
(Signature)

Judicial Council form POS-010

**Proof of Service**

Code Civil Procedure 417.10(f)

| Attorney or Party Without Attorney (Name and Address) | | | | FOR COURT USE ONLY |
|---|---|---|---|---|
| Randall D. Naiman, Esq. - (SBN 81048)<br>4660 La Jolla Village Drive, Suite 850<br>San Diego                CA              92122<br>Attorney For: PLAINTIFF | | Telephone No:<br>(858)224-6800 | |  |
| | | Reference Number:<br>3694383                    63799 | | |

| Plaintiff/Petitioner: | Deutsche Bank National Trust Company as Trustee for WAMU 2005-AR11 |
|---|---|
| Defendant/Respondent: | Radka Kroul, et al. |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept./Div.: | Case Number:<br>NOTICE |
|---|---|---|---|---|

I, the undersigned declare that at the time of the service of the papers herein referred to, I was at least EIGHTEEN (18) years of age, and that I served the following notice:

Notice to Vacate and Coversheet

On the following occupant(s): All Occupants in Care of Named Tenants, Radka Kroul, Peter Draxler

Address: 901 Isabel Street
         Los Angeles, CA 90065

Date and Time of Service: 7/19/2016 at 2:15pm

BY LEAVING a copy for each above-named occupant with:

Person Served:   John Doe, Refused Name,
Description:     Wht Male 58+ 5'7 165 Blk Hair
Title:           Co-Occupant

a person of suitable age and discretion at the residence or usual place of business of the occupant(s), said occupant(s) being absent thereof, AND MAILING by first-class mail on said date a copy to each occupant by depositing said copies in the U.S. Mail in a sealed envelope with postage fully prepaid, addressed to the above-named occupant(s) at the place where the property is situated.

7. Person Serving (name, address, and telephone No.):

# Attorney Service of San Dimas
### 142 East Bonita Avenue, #51
### San Dimas, CA 91773
(909)394-1202  Fax (909)394-1204

Fee for service: $   $0.00

E Ratliff
Registered California Process Server:
(i) Independent Contractor
(ii) Registration No.:  2014334055 CCPS
(iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 7/22/2016

_____
(Signature)

Judicial Council form POS-010

**Proof of Service**

Code Civil Procedure 417.10(f)

1 | Randall D. Naiman, Esq. - State Bar No. 81048
   | NAIMAN LAW GROUP, PC
2 | 4660 La Jolla Village Drive, Suite 850
   | San Diego, California 92122
3 | (858) 224-6800 (telephone)
   | (858) 224-6801 (facsimile)
4 | Randall@Naimanlaw.com (e-mail)

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JUL 28 2016

Sherri R. Carter, Executive Officer/Clerk
By: Glorietta Robinson, Deputy

5 | Attorney for Plaintiff, **DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR WAMU 2005-AR11**

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

STANLEY MOSK COURTHOUSE

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR WAMU 2005-AR11 | Case No.: 16U08532 |
| Plaintiff, | **REQUEST FOR EARLY SETTLEMENT MEETING** |
| vs. | |
| RADKA KROUL; PETER DRAXLER; and DOES 1 to 6, inclusive | |
| Defendants. | |

TO DEFENDANT(S) HEREIN:

Pursuant to the General Order dated December 30, 2014 issued by the Superior Court of California for the County of Los Angeles (a copy of which is served herewith), plaintiff Deutsche Bank National Trust Company as Trustee for WaMu 2005-AR11, through its attorneys of record herein, hereby seeks in good faith to initiate settlement discussions with respect to the above referenced unlawful detainer action. Please contact the undersigned, at the telephone number listed above, at your earliest convenience to discuss possible settlement of the case. As stated in the General Order,

1

REQUEST FOR EARLY SETTLEMENT MEETING

1 | it is the Court's intent that, where possible, every effort should be made to keep settled
2 | matters from becoming public.

3 |       This pleading is nonbinding in nature. It does not create any rights or
4 | obligations between the parties. It is intended to facilitate settlement discussions. Any
5 | potential settlement is subject to the preparation and execution by all of the parties to a
6 | mutually agreeable settlement agreement. No party will be legally bound in any way with
7 | regard to any proposed settlement unless and until a written agreement is fully executed
8 | by all parties and approved by the Court. Each party reserves the right to end
9 | negotiations at any time for any reason or for no reason. Additionally, nothing contained
10 | herein is intended as, or shall constitute, an admission or waiver of any kind.

11

12 | Dated: July 25, 2016

     **NAIMAN LAW GROUP,**
     **Professional Corporation**

By: _____
    Randall D. Naiman, Esq.
    Attorney for Plaintiff **DEUTSCHE BANK**
    **NATIONAL TRUST COMPANY AS**
    **TRUSTEE FOR WAMU 2005-AR11**

2

REQUEST FOR EARLY SETTLEMENT MEETING

FILED
LOS ANGELES SUPERIOR COURT

DEC 3 0 2014

SHERRI R. CARTER, EXECUTIVE OFFICER/ CLERK

BY C. CASAREZ, DEPUTY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

In re Los Angeles Superior Court Cases
General Order – Limited Jurisdiction Unlawful
Detainer (Eviction) Cases Assigned to **Stanley
Mosk Courthouse**

GENERAL ORDER

TO EACH PARTY AND TO THE ATTORNEY OF RECORD FOR EACH PARTY:
PLEASE TAKE NOTICE that pursuant to the California Code of Civil Procedure [CCP], the
California Rules of Court [CRC], and the Los Angeles County Court Rules [LASC], the Court
makes the following orders:

**SERVICE OF THIS ORDER**
1.      Each plaintiff is ordered to serve a copy of this general order on each defendant along with
copies of the summons and complaint, and to file proof of this service as mandated in this order.
[CCP §594(b)]

**EARLY SETTLEMENT MEETING**
2.      Each plaintiff is ordered to contact each defendant within ten days of service in good faith to
initiate settlement of the action. Such contact shall be made orally or in writing with the objective
of having the case dismissed within 60 days of its filing. It is the Court's intent that, where
possible, every effort should be made to keep settled cases from becoming public as provided in
CCP §1161.2 (a)(5) and (a)(6). If the parties agree, the Court will retain jurisdiction to enforce any
settlement after dismissal. [CCP §664.6]

**SERVICE BY POSTING AND MAILING**
3.      Service of the summons and complaint on a named party by posting and mailing may only
be done after an order is obtained, based upon an affidavit of due diligence. [CCP §415.45(a)]
Such an order will not extend to unnamed or unknown occupants because service of the required
prejudgment claim of right to possession must be made personally upon either the occupant or
named tenant. [CCP §415.46(c)]

**ADDRESSES AND TELEPHONE NUMBERS**
4.      Each party must have an address and telephone number listed on each document filed with
the Court. [CRC 2.111 and 2.118]

**LAW AND MOTION**
5.      All regularly noticed motions and demurrers will be heard each court day at 1:30 p.m.
Hearing dates must be reserved by calling the calendar clerk in Department 94 at (213) 830-0794 or
obtaining a date at the time the motion is filed. All motions, oppositions to the motions, and reply
papers should be filed in Room 102 of the Stanley Mosk Courthouse.

6.      If not served by personal delivery, the moving party must comply with the time extensions
for notice required by CCP §1013. The motion will not be heard otherwise.

7.     Absent good cause, motions set on five days' notice should not be personally served on the last day of the week preceding the hearing.  [LASC Rule 3.26 and Appendix 3A(b)(1-6)]

8.     A separate statement of undisputed or disputed facts is not required for summary judgment motions. [CCP §473c (r) and §1170.7; CRC  3.1350(c) and 1351]  In complex cases, the Court may, however, continue the hearing and order the parties to file such statements.

**EX PARTE APPLICATIONS**
9.     Ex parte applications should be noticed for 1:30 p.m. in Department 94. Ex Parte applications with fee waivers are processed in Room 106, on the first floor.   All applications must be filed by 1:00 p.m. in Room 102.  [LASC Rule 3.5(a)(3)]  Ex parte applications shall have a separate application, a separate declaration of ex parte notice and a proposed order.  Absent good cause, notice must be given by 10:00 a.m. the day before the hearing as required by CRC 3.1204.

**JURY FEES AND NOTICE**
10.    Unless waived, advance jury fees shall be deposited no later than five days before trial. [CCP. §631(b) and (c)] The right to a jury may be deemed waived unless its requirement is announced within five days after notice of trial. [CCP §631(d)(4)]

11.    The court will waive juror fees and expenses for parties with a qualifying fee waiver. Parties must complete and submit an official Fee Waiver Request form for consideration to receive these services at no charge.

**STIPULATIONS TO CONTINUE TRIAL**
12.    A trial will be postponed if all attorneys of record and/or the parties who have appeared in the action stipulate in writing to the postponement. Stipulated trial court continuances may continue the trial date for an indefinite period of time, and will not be limited to 30 days. The stipulation and order should be filed in Room 102 with the required filing fees. [CCP §595.2 and California Govt. Code §70617(c)(2)]  Stipulations to continue trial must be filed 5 days in advance or an appearance to continue the trial by at least one party will be necessary.

**INTERPRETERS AND COURT REPORTERS**
13.    The Court will provide an interpreter for parties and witnesses at no charge.

14.    Proceedings in Court will not be transcribed by a court reporter unless supplied by a party to the action as permitted by LASC Rule 2.21.

**JURY TRIALS**
15.    Parties are to appear on the trial date ready to go to trial, and must meet and confer on all pretrial matters before the trial date. Parties should have with them all of the following:
    i.      Joint Statement of the case;
    ii.     Motions in Limine which must be served and filed in accordance with the Local Rules of the Los Angeles Superior Court;  [*See* LASC Rule 3.57]
    iii.    Joint Witness List disclosing the witnesses who will be called, what they will testify to, and how long their testimony will take;
    iv.     Joint Exhibits in exhibit books, numbered appropriately, and a Joint Exhibit list; [*See* LASC Rules 3.52 and 3.53]
    v.      Joint Proposed Jury Instructions printed out for the court; and,
    vi.     Joint Proposed Verdict Form(s) printed out for the court.

16.     If a party fails or refuses to meet and confer, the other party or parties shall prepare and bring to trial the foregoing matters labeled as "[Proposed] Joint Documents."

17.     The time limits for trial set forth in the Expedited Jury Trial (EJT) rules in CCP §630.11 are sufficient for trial of most limited jurisdiction unlawful detainer jury trials.  If any party wants more time for trial than provided in the EJT rules, then each such party must prepare a joint witness list with witness names, summary of anticipated testimony and time estimates for direct and cross-examination in hours and quarter hours.

18.     Failure to comply with the rules concerning jury trials may result in one or more of the following actions by the court:  monetary sanctions, waiver of trial by jury, evidence or issue exclusions, vacating the trial date or any and all sanctions deemed appropriate by the trial court. [LASC Rule 3.37]


IT IS SO ORDERED.

DATE: _DECEMBER 30, 2014_          _Kevin C. Brazile_
                                  Kevin C. Brazile, Supervising Judge, Civil

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

AUG 15 2016

Sherri R. Carter, Executive Officer/Clerk
By: _____ , Deputy
Ernestine Allen

1
**JOSEF KROUL**
2  901 Isabel Street
   Los Angeles CA 90065
3  (310) 691-4760
   (323) 332-2083 facsimile
4
5  Defendant in pro per
6
7            **SUPERIOR COURT OF THE STATE OF CALIFORNIA**
8               **FOR THE COUNTY OF LOS ANGELES**
             **CENTRAL DISTRICT-STANLEY MOSK COURTHOUSE**
9

10  DEUTSCHE BANK NATIONAL TRUST          ) Case No.: **16U08532**
11  COMPANY AS TRUSTEE FOR WAMU          )
    2005-AR11                            ) NOTICE OF DEMURRER AND DEMURRER
12                                       ) TO COMPLAINT
              Plaintiff,                 )
13                                       )
                                         ) Hearing set:
14        vs.                            )
                                         ) Date:    September 19, 2015
15  RADKA KROUL, PETER DRAKSLER;         ) Time:    1:30PM
    JAMES BARTLESON; AND DOES 1-6        ) Place:   Dept. 94
16  inclusive                            )
                                         )       Stanley Mosk Courthouse
17            Defendant(s)               )       111 North Hill Street,
                                         )       Los Angeles, CA 90012
18                                       )
                                         )
19  _____ )

20        TO THE COURT, The Plaintiff, Plaintiff's attorneys of record and all other interested

21  parties;

22        PLEASE TAKE NOTICE that, Josef Kroul, on the date, time and at the place

23
    hereinabove indicated, or at such other time as the Court may designate, will demurrer to the
24
    above entitled complaint and move for an order dismissing said complaint, granting sanctions
25
26  and/or such other relief as may be appropriate:

27        This Demurrer is based on this notice, the Plaintiff's summons and complaint, all the

28
    papers and records on file in this action, the Demurrer and memorandum of points and authority

                              DEMURRER - 1

hereinafter set forth, and such other argument and evidence, oral and/or documentary, that may be presented upon, or at any time before, the hearing of said demurrer.

## BACKGROUND

On July 28, 2016, in the Superior Court for the County of Sacramento, Plaintiff filed its complaint based on Code of Civil Procedure Section 1161(a).

## DEMURRER

This Defendant specifically demurrers pursuant to California *Code of Civil Procedure* §1170 to the complaint filed by Plaintiff as follows:

Plaintiff's complaint fails to state that Plaintiff is and at all times mentioned in its complaint, a company duly organized and existing under any applicable laws of any state

California Corporations Code §17708.07.(a) states, in pertinent part, that an business entity shall not maintain an action or proceeding in this state unless it has a certificate of registration to transact intrastate business in this state.

Accordingly the Complaint fails to establish that the Plaintiff has legal capacity of to bring this action.

This Defendant generally demurrers to Plaintiff's complaint pursuant to California *Code of Civil Procedure* § 1170 as follows:

Because of the aforementioned defects in the pleading, the complaint is uncertain, and therefore fails to state a cause of action against this Defendant for unlawful detainer. Further, the Complaint is not verified in conformity with California *Code of Civil Procedure* §§ 446 and 1166(a)(1). This Defendant hereby generally demurrers to Plaintiff's complaint pursuant to California *Code of Civil Procedure* § 1170 as follows:

The complaint is uncertain and thereby vague and ambiguous whereby it does state a cause of action in unlawful detainer and cannot reasonably be accurately answered by this demurring Defendant.

## MEMORANDUM OF POINTS AND AUTHORITIES

California Code of Civil Procedure §430.10 states, in pertinent part, that the party against whom a complaint has been filed may object as provided in §430.30 by demurrer on certain grounds which include the following:

*-the person who filed the pleading does not have the legal capacity to sue*

*-the pleading does not state facts sufficient to constitute a cause of action*

*-the pleading is uncertain. (ambiguous and unintelligible).*

California Code of Civil Procedure §581 provides, in pertinent part, that the court may dismiss the complaint as to that defendant when a demurrer to the complaint is sustained without leave to amend and either party moves for dismissal

## CONCLUSION

Under the foregoing circumstances Plaintiff's complaint cannot be answered by this Defendant or otherwise reasonably addressed.

WHEREFORE Defendant prays this Court sustain Defendant's demurrer without leave for the Plaintiff to amend, and/or grant such other relief as the Court deems appropriate.


Respectfully submitted this 15th day of August, 2016


Josef Kroul
Defendant in pro per

**JOSEF KROUL**
901 Isabel Street
Los Angeles CA 90065
(800) 756-5977
(800) 756-6561 facsimile

Defendant in pro per

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF LOS ANGELES
## CENTRAL DISTRICT-STANLEY MOSK COURTHOUSE

|  |  |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR WAMU 2005-AR11<br><br>Plaintiff,<br><br>vs.<br><br>RADKA KROUL, PETER DRAKSLER; JAMES BARTLESON; AND DOES 1-6 inclusive<br><br>Defendant(s) | Case No.: **16U08532**<br><br>PROPOSED ORDER ON DEMURRER TO COMPLAINT<br><br>Hearing set:<br><br>Date:    September 19, 2015<br>Time:   1:30PM<br>Place:   Dept. 94<br><br>Stanley Mosk Courthouse<br>111 North Hill Street,<br>Los Angeles, CA 90012 |

On considering the demurrer of Defendant and good cause appearing therefore;

IT IS NOW ORDERED that said demurrer is sustained as follows:

Date:

_____
Judicial Officer, Superior Court

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles.  I am over the age of eighteen and not a party to the within action.

On August 15, 2016, I served a true and correct copy of the following:

DEMURRER TO COMPLAINT

by placing said copy in a sealed envelope with postage thereon fully prepaid in the United States mail, in Los Angeles, California, addressed as follows::

Randall D. Naiman, Esq.
4660 La Jolla Village Drive
San Diego, CA 92122

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: August 15, 2016

David Kim

DEMURRER - 5

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

| **I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ ) | **DEFENDANTS** ( Check box if you are representing yourself ☒ ) |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES-2005-AR11 | RADKA KROUL, A.K.A AARON ERIC KROUL A.K.A RADKA KROULOVA A.K.A RATIKA KROUL A.K.A RADKA K. KROUL A.K.A AARON PETROF A.K.A RATIKA KROUL, JOSEF KROUL, CITIMORTGAGE INC., et al |

| **(b)** County of Residence of First Listed Plaintiff  Frankfort Germany | County of Residence of First Listed Defendant  Los Angeles |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |

| **(c)** Attorneys *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information. | Attorneys *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information. |
|---|---|
| S. Christopher Yoo Esq<br>Alvarado Smith APC<br>1 MacArthur Place, Suite 200<br>Santa Ana, CA 92707 949-955-6800 | Josef Kroui<br>9663 Santa Monica Boulevard 1129<br>Beverly Hills CA 90210<br>310-6914760 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☒ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1. Original Proceeding   ☒ 2. Removed from State Court   ☐ 3. Remanded from Appellate Court   ☐ 4. Reinstated or Reopened   ☐ 5. Transferred from Another District (Specify)   ☐ 6. Multidistrict Litigation - Transfer   ☐ 8. Multidistrict Litigation - Direct File

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☐ Yes  ☒ No  (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes  ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT:** $ 480,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 376 Qui Tam (31 USC 3729(a)) | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 400 State Reapportionment | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 835 Patent - Abbreviated New Drug Application |
| ☐ 410 Antitrust | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☒ 440 Other Civil Rights | **LABOR** | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accommodations | ☐ 740 Railway Labor Act | |
| | ☐ 220 Foreclosure | | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| ☐ 950 Constitutionality of State Statutes | ☒ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

| FOR OFFICE USE ONLY: | Case Number: | | |
|---|---|---|---|
| CV-71 (05/17) | | CIVIL COVER SHEET | Page 1 of 3 |

CV17-7065

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII.  VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A:  Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| [X] Yes  [ ] No | [X] Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | [ ] Orange | Southern |
| | [ ] Riverside or San Bernardino | Eastern |

| QUESTION B:  Is the United States, or one of its agencies or employees, a PLAINTIFF in this action? | | |
|---|---|---|
| [ ] Yes  [X] No | **B.1.** Do 50% or more of the defendants who reside in the district reside in Orange Co.? *check one of the boxes to the right* ➡ | [ ] YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
| | | [X] NO  Continue to Question B.2. |
| If "no," skip to Question C. If "yes," answer Question B.1, at right. | **B.2.** Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.) *check one of the boxes to the right* ➡ | [ ] YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | [X] NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C:  Is the United States, or one of its agencies or employees, a DEFENDANT in this action? | | |
|---|---|---|
| [ ] Yes  [X] No | **C.1.** Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.? *check one of the boxes to the right* | [ ] YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
| | | [X] NO. Continue to Question C.2. |
| If "no," skip to Question D. If "yes," answer Question C.1, at right. | **C.2.** Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.) *check one of the boxes to the right* | [ ] YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | [X] NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D:  Location of plaintiffs and defendants? | A. Orange County | B. Riverside or San Bernardino County | C. Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | [ ] | [ ] | [ ] |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | [ ] | [ ] | [X] |

| **D.1.  Is there at least one answer in Column A?** | **D.2.  Is there at least one answer in Column B?** |
|---|---|
| [X] Yes  [ ] No | [ ] Yes  [X] No |
| If "yes," your case will initially be assigned to the SOUTHERN DIVISION. | If "yes," your case will initially be assigned to the EASTERN DIVISION. |
| Enter "Southern" in response to Question E, below, and continue from there. | Enter "Eastern" in response to Question E, below. |
| If "no," go to question D2 to the right. ➡ | If "no," your case will be assigned to the WESTERN DIVISION. Enter "Western" in response to Question E, below. ⬇ |

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | WESTERN ▼ |

| QUESTION F: Northern Counties? |
|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties?   [ ] Yes   [X] No |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES**: Has this action been previously filed **in this court**?   ☒ NO   ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES**: Is this case related (as defined below) to any civil or criminal case(s) previously filed **in this court**?

☐ NO   ☒ YES

If yes, list case number(s): _____

**Civil cases** are related when they (check all that apply):

☒ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):** _____   DATE: 02/20/2017

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |